UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH PETTY | CIVIL ACTION |
| VERSUS | NO: 05-4772 |
| WARDEN OF WEST CARROLL DETENTION CENTER | SECTION "D" (6) |

### ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore, **IT IS ORDERED** that the petition of Joseph Petty for issuance of a writ of *habeas corpus* under 28 U.S.C. § 2254, be, and the same is hereby **DENIED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this 3 day of Oct, 2006.

_____
UNITED STATES DISTRICT JUDGE